**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 173 WAL 2022

           Respondent                 :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

            v.                          :

                                       :

ROBERT FRANK BOYER,               :

                                       :

           Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 20th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.